WILLIAM K. HURLEY, ESQ. (SBN 116625)
CHRISTOPHER J. HERSEY, ESQ. (SBN 197767)
GREGORY J. KORBEL, ESQ., SBN 224026
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

ROBERT BENNETT, ESQ. (MN Bar No. 6713) (*pro hac vice*)
ROBERT W. VACCARO, ESQ. (MN Bar No. 0313750) (*pro hac vice*)
FLYNN, GASKINS & BENNETT, L.L.P.
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
Telephone: (612) 333-9500
Facsimile: (612) 333-9579

Attorneys for Plaintiff KNUTSON CONSTRUCTION
SERVICES MIDWEST, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNUTSON CONSTRUCTION SERVICES MIDWEST, INC., <br> Plaintiff, <br> vs. <br> JOSEPH H. RYAN, <br> Defendant. | Case No.: 2:10-CV-01000-WBS-EFB <br><br> **[PROPOSED] ORDER GRANTING REQUEST FOR STAY OF PROCEEDINGS** |

   Plaintiff Knutson Construction Services Midwest, Inc. and Joseph H. Ryan have entered into a conditional settlement of all claims alleged in the above-entitled action ("Settlement"). The Settlement calls of all remaining terms to be completed prior to November 1, 2010, and have requested a stay of these proceedings pending completion of the Settlement.

   After reading Plaintiff's Notice of Conditional Settlement and Request of Stay of Proceedings, and

   GOOD CAUSE APPEARING THEREFOR:

//

---

1

[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS      CASE NO. 2:10-CV-01000-WBS-EFB

IT IS HEREBY ORDERED that the above-entitled action is stayed until November 1, 2010.  All existing pretrial deadlines and requirements, including, but not limited to, service, initial disclosures, and pre-trial conferences shall be stayed, and rescheduled upon expiration of the stay on November 1, 2010.   The **Scheduling Conference** is continued to **November 29, 2010 at 2:00 p.m.**

IT IS FURTHER ORDERED that the court shall retain jurisdiction of this matter for the purpose of enforcing the Settlement.

DATED:  June 1, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:56907.1